UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALCON VISION, LLC,<br><br>    Plaintiff-Counterclaim Defendant<br><br>v.<br><br>ALLIED VISION GROUP, INC. and NATIONAL LENS LLC,<br><br>    Defendants-Counterclaim Plaintiffs,<br><br>v.<br><br>NOVARTIS AG and ALCON LABORATORIES, INC.,<br><br>    Additional Counterclaim Defendants. | Misc. Case No. _____<br><br>Underlying Case in the U.S. District Court for the Eastern District of New York, Civil Action No. 1:18-cv-02486-MKB-PK<br><br>**NOTICE OF MOTION TO QUASH SUBPOENA** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, upon the accompanying Declaration of Constantine J. Rakkou and Memorandum of Law in Support of Non-Party Hammond, Kennedy, Whitney & Company, Inc.'s Motion to Quash Subpoenas and the exhibits thereto, Non-Party Hammond, Kennedy, Whitney & Company, Inc. will move this Court, the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, at a time and date to be determined by the Court, for an Order quashing the subpoenas dated July 11, 2019.

[Signature page follows]

25716947

Dated: August 16, 2019            PHILLIPS NIZER LLP

                                            By: __s/ Ilene Jaroslaw_____
                                            Ilene Jaroslaw, Esq.
                                            485 Lexington Avenue, 14th Floor
                                            New York, New York 10017
                                            Telephone: (212) 841-1343
                                            Facsimile: (212) 262-5152
                                            Email: IJaroslaw@PhilipsNizer.com

                                            *Attorneys for Non-Party Hammond, Kennedy,*
                                            *Whitney & Company, Inc.*

25716947